UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Magnecomp Corporation, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Hutchinson Technology Incorporated, a Minnesota corporation; and Kenneth Johnston, an individual doing business as Computer Connection,<br><br>Defendants. | Civil No. 01 CV1 JMR/FLN<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>JURY TRIAL DEMANDED |

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant Hutchinson Technology Incorporated may and shall have until January 29, 2001, to answer, move or otherwise plead in response to plaintiff's Amended Complaint in the above-captioned action.

Dated: January 18, 2001

**BRIGGS AND MORGAN, P.A.**

Jay W. Schlosser

Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400 Telephone
(612) 334-8650 Facsimile

FILED JAN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**HOWREY SIMON ARNOLD & WHITE LLP**

Robert P. Taylor (#46046)
William C. Rooklidge (#134483)
Karen A. Gibbs (#178690)
Russell B. Hill (#190070)
Gregory S. Cordrey (#190144)
Frank P. Cote (#204529)
2020 Main, Suite 10000
Irvine, California, 92614
(949) 721-6900 Telephone
(949) 721-6910 Facsimile

**ATTORNEYS FOR PLAINTIFF MAGNECOMP CORPORATION**

Dated: January 17, 2001

**FAEGRE & BENSON LLP**

Kenneth A. Liebman, #90438
David J.F. Gross, #208772
Randall E. Kahnke, #202745
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000 Telephone
(612) 336-3026 Facsimile

**ATTORNEYS FOR DEFENDANT HUTCHINSON TECHNOLOGY INCORPORATED**

**ORDER**

The foregoing stipulation is **APPROVED** and it is hereby **ORDERED** that the time for defendant Hutchinson Technology Incorporated to answer or otherwise respond to the

Amended Complaint in this action is hereby extended through and including January 29, 2001.

Dated: Jan. 19, 2001.

The Honorable Franklin L. Noel
United States District Court Judge

M2:20360900.01