UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hutchinson Technology Incorporated, a Minnesota corporation,<br><br>Plaintiff,<br>v.<br>Magnecomp Group, an unincorporated association; Magnecomp International Limited, a Singapore corporation; Indest Corporation, a California corporation; Magnecomp Corporation, a California corporation; Magnecomp (Thailand) Limited, a Thailand corporation; Magnecomp Holdings Far East Limited, a British Virgin Islands corporation; Magnecomp Technology Limited, a Hong Kong corporation; and Fuchimag Technology Limited, a Hong Kong corporation,<br><br>Defendants. | Civil No. 00-CV-2156 MJD/SRN<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY OF EXPERT MATERIALS** |
| Magnecomp Corporation, a California corporation,<br><br>Plaintiff,<br>vs.<br><br>Hutchinson Technology Incorporated, a Minnesota Corporation,<br><br>Defendant. | Civil No. 01-CV-01 ~~JMR~~ MJD/FLN |

**STIPULATION AND ORDER**

The parties, through their undersigned counsel, hereby stipulate and agree to the following:

FILED JUN 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

1. Pursuant to the governing Scheduling Order, the parties are required to identify potential testifying experts, exchange expert reports, and provide expert depositions. This Stipulation and Order applies to the discovery of materials relating to the work conducted by any potential testifying expert who is identified pursuant to the governing Scheduling Order.

2. As part of each expert report (including an initial report, an opposing report, a rebuttal report, or any other expert report produced in the litigation), each expert will list the documents upon which the expert relied in forming his or her opinions. To the extent these documents have not otherwise been produced in the litigation and not identified by a production number in the report, they will be made available for inspection and copying. Notwithstanding the above, the identified documents need not include any of the following documents related to the expert's work in the litigation (hereinafter referred to as "excluded background documents"): research notes, interview notes, meeting notes, telephone notes, or any other notes; draft reports, draft charts, draft graphs, or any other type of draft analysis; draft computer programs; internal research work or research materials created by the expert; time or billing records, correspondence; e-mails; or any other electronic or paper copies of any draft work done by the expert, any work done by counsel, any communication made by the expert, or any communication made by counsel working with the expert. The decision to withhold "excluded background documents" shall not serve as a basis for cross-examination or disqualification.

3. The "excluded background documents" shall not be discoverable and shall not be identified or disclosed at trial by either party. Experts, however, may create

demonstrative exhibits for use at trial without producing "excluded background documents" related to those demonstrative exhibits.

4. Notwithstanding the above, testifying experts can be deposed on the subject matter of what work was performed, the facts relied upon by the expert, who assisted them in their work, and the nature of that assistance. In providing such testimony, the testifying expert need not refer to any "excluded background documents."

For Hutchinson Technology Incorporated

Dated: 6/15/, 2001

FAEGRE & BENSON LLP

Kenneth A. Liebman, #90438
David J.F. Gross, #208772
Randall E. Kahnke, #202745
Nicholas G. Leonard, #0295450
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR DEFENDANT HUTCHINSON TECHNOLOGY INCORPORATED**

For Magnecomp Corporation
Magnecomp Technology Limited
Magnecomp International Limited
Magnecomp (Thailand) Limited
Fuchimag Technology Limited

Dated: 6/19/, 2001

HOWREY SIMON ARNOLD & WHITE, LLP

William C. Rooklidge (Cal. Bar No. 134483)
Karen A. Gibbs (Cal. Bar No. 178690)
Russell B. Hill (Cal. Bar No. 190070)
Gregory S. Cordrey (Cal. Bar No. 190144)
Frank P. Cote (Cal. Bar No. 204529)
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Fax: (949) 721-6910

**ORDER**

IT IS SO ORDERED.

DATED: June 27, 2001

Susan Richard Nelson

United States Magistrate Judge

M2:20391792.02