UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Magnecomp Corp., Civil No. 01-01 JMR/FLN

Plaintiff,

v. **ORDER**

Hutchinson Tech., Inc.,

Defendant.

---

JAY SCHLOSSER & KAREN GIBBS for Plaintiff.
RANDALL KAHNKE & JAMES PORADEK for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on January 29, 2001, on Plaintiff's Motion to Compel Production of Documents and Things [#37].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Production of Documents and Things [#37] is **DENIED** without prejudice;

2. The parties will meet pursuant to the requirements of Fed. R. Civ. P. 26(f).

DATED: JAN 29, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED JAN 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______