137713

# UNITED STATES DISTRICT COURT
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** CV 00-2156 CV 01-01 **Case Title:** Hutchinson Technology v. Magnecomp Group, et al

**Affidavit of Movant**

I, Matthew E. Johnson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Stephen P. Swinton, an attorney admitted to practice in the Southern District of California, but not admitted to the bar of this court, who will be counsel for the ~~( )plaintiff ( )defendant~~ non-party Active Control Experts, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 235945 | May 18, 2001 |

**Affidavit of Proposed Admittee**

I, Stephen P. Swinton, am currently a member in good standing of the U.S. District Court for the Southern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Stephen P. Swinton | See attached | |

Attorney License Number:

Law Firm Name & Address: Cooley Godward LLP
Suite 1100, 4365 Executive Drive
San Diego, CA 92121

Telephone: (858) 550-6028

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

MAY 21 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 21 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Hutchinson Technology, Inc.,

Plaintiff,

v.

Magnecomp Group et al.,

Defendants.

No. CV 00-2156 MJD/SRN

**AFFIDAVIT OF**
**STEPHEN P. SWINTON**

---

Magnecomp Corp.,

Plaintiff,

v.

Hutchinson Technology, Inc., et al.,

Defendants.

No. CV 01-01 MJD/SRN

---

STATE OF CALIFORNIA )
) ss
COUNTY OF ________ )

Stephen P. Swinton, being first duly sworn upon oath, states as follows:

1. I presently am a member in good standing of the bars of the State of California; the United States District Courts for the Northern, Central, and Southern Districts of California; the United States Court of Appeals for the Ninth Circuit, the

United States Court of Appeals for the Federal Circuit, and the United States Supreme Court.

2. I am not admitted to the bar of this Court. I wish to be admitted to this Court *pro hac vice* for the purpose of representing a non-party, Active Control eXperts, Inc. ("ACX"), which has an interest in the proceedings in this action.

3. I understand that if the Court grants me admission *pro hac vice*, the attorney bringing this motion, Matthew E. Johnson, must participate in the preparation and presentation of ACX's representation and must accept service of all papers served on ACX. I will ensure that Mr. Johnson participates in the preparation and presentation of ACX's submissions and appearances and accepts service of all papers served on ACX.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

[signature]

Stephen P. Swinton
Cooley Godward LLP
Suite 1100
4365 Executive Drive
San Diego, California 92121
Telephone: (858) 550-6028
Fax: (858) 453-3555

Subscribed and sworn to before me, Marisa Lohouse, Notary Public,
this 17th day of May, 2001.

[signature]
Notary Public

MARISA LOHOUSE
Commission # 1216138
Notary Public - California
San Diego County
My Comm. Expires Apr 16, 2003