UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hutchinson Technology Incorporated, a Minnesota corporation,<br><br>Plaintiff,<br>v.<br>Magnecomp Group, an unincorporated association; Magnecomp International Limited, a Singapore corporation; Indest Corporation, a California corporation; Magnecomp Corporation, a California corporation; Magnecomp (Thailand) Limited, a Thailand corporation; Magnecomp Holdings Far East Limited, a British Virgin Islands corporation; Magnecomp Technology Limited, a Hong Kong corporation; and Fuchimag Technology Limited, a Hong Kong corporation,<br><br>Defendants. | Civil No. 00-CV-2156 MJD/SRN<br><br>**STIPULATION AND ORDER REGARDING MAGNECOMP INTERCORPORATE LIABILITY** |
| Magnecomp Corporation, a California corporation,<br><br>Plaintiff,<br>vs.<br><br>Hutchinson Technology Incorporated, a Minnesota Corporation,<br><br>Defendant. | Civil No. 01-CV-01 ~~JMR~~ MJD/FLN |

**STIPULATION AND ORDER**

Whereas, Hutchinson Technology Incorporated ("HTI") and Magnecomp Corporation, Magnecomp Technology Limited, Magnecomp International Limited, Magnecomp (Thailand) Limited, and Fuchimag Technology Limited (the "Remaining

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Defendants") desire to narrow the issues in the above referenced case Civil No. 00-CV-2156 MJD/SRN and thereby conserve judicial resources by avoiding collateral discovery and/or litigation related to joint and several liability issues;

Wherefore, the parties, through their undersigned counsel, hereby stipulate and agree to the following:

1. This stipulation is entered into solely to narrow the contested issues in this litigation and for no other purpose. The Remaining Defendants make no concessions or representations of any kind except for the representations above relating to the status of document production. This stipulation shall apply only to the determination of liability and relief against the Remaining Defendants in this litigation, which shall be deemed to include the pending litigation, any litigation against the Dismissed Defendants pursuant to Paragraph 3 of the Stipulation and Order Regarding Personal Jurisdiction dated May 10, 2001, and any litigation to enforce a judgment entered in the pending litigation. The Remaining Defendants reserve the right to contest the following stipulated facts outside the context of this litigation.

2. The parties stipulate that the each of the Remaining Defendants shall each be jointly and severally liable under the law of any applicable jurisdiction, including but not limited to the law of Minnesota and Federal law, for any monetary, injunctive, or declarative relief resulting from a valid and final judgment against any of the Remaining Defendants in this litigation.

3. The parties stipulate, solely for purposes of determining liability of and relief against the Remaining Defendants in this litigation and for no other purposes, that at all times relevant to this litigation each of the Remaining Defendants shall be deemed an agent of all

other Magnecomp Defendants (except for the Magnecomp Group) and that the acts of any one of the Magnecomp Defendants may be attributed to each of the Remaining Defendants.

4. The parties stipulate, solely for purposes of determining liability of and relief against the Magnecomp Defendants in this litigation and for no other purpose, that at all times relevant to this litigation each of the Remaining Defendants shall be deemed to have the knowledge of all the other Magnecomp Defendants and that the knowledge of any one of the Magnecomp Defendants may be attributed to each of the Remaining Defendants.

5. The Remaining Defendants shall make a good faith effort to identify the corporate source of documents that are produced to HTI after entry of this stipulation, and the Remaining Defendants shall at a minimum identify whether such documents are produced by Magnecomp Corporation or by one of the other Remaining Defendants or on behalf of one of the Dismissed Defendants.

6. This stipulation is not intended to limit the discovery relevant to the remaining issues in this case or to limit the evidence that may be introduced by any party at trial.

For Hutchinson Technology Incorporated

Dated: 6/17, 2001

FAEGRE & BENSON LLP

Kenneth A. Liebman, #236731
David J.F. Gross, #208772
Randall E. Kahnke, #202745
Nicholas G. Leonard, #0295450
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR HUTCHINSON TECHNOLOGY INCORPORATED**

For Magnecomp Corporation
Magnecomp Technology Limited
Magnecomp International Limited
Magnecomp (Thailand) Limited
Fuchimag Technology Limited

Dated: 6/19, 2001

HOWREY SIMON ARNOLD & WHITE, LLP

William C. Rooklidge (Cal. Bar No. 134483)
Karen A. Gibbs (Cal. Bar No. 178690)
Russell B. Hill (Cal. Bar No. 190070)
Gregory S. Cordrey (Cal. Bar No. 190144)
Frank P. Cote (Cal. Bar No. 204529)
2020 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 721-6900
Fax: (949) 721-6910

BRIGGS AND MORGAN

Jay Schlosser, #204353
Jeffrey J. Keyes, #55505
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2210
(612) 334-8400

**ATTORNEYS FOR MAGNECOMP CORPORATION, MAGNECOMP TECHNOLOGY LIMITED, MAGNECOMP INTERNATIONAL LIMITED, MAGNECOMP (THAILAND) LIMITED, AND FUCHIMAG TECHNOLOGY LIMITED**

\

**ORDER**

IT IS SO ORDERED.

DATED: June 21, 2001.

Susan Richard Nelson
United States Magistrate Judge

M2:20394632.01